UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILIP KOZLOWSKI,

    Plaintiff,

v.

WAYNE COUNTY,

    Defendant.

Case No. 16-14164
Honorable Laurie J. Michelson

---

**ORDER DENYING IN PART AND GRANTING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [31]**

---

Philip Kozlowski was a Wayne County Sheriff's Deputy when he brought this Title VII action against his employer. Kozlowski says a female sergeant sexually harassed him for over a year. When he notified his superior officers, they did nothing about it. And when he finally filed a formal, written complaint he was stripped of his police powers. So he filed this lawsuit, bringing claims of hostile work environment, gender discrimination, and retaliation.

In time, the Defendants moved for summary judgment (ECF No. 31). The motion was fully briefed (ECF No. 35, 37), and the Court heard oral argument on March 29, 2019.. For the reasons more fully stated on the record during the oral ruling, the Court orders the following:

1. The Wayne County Sheriff's Department is dismissed because it is not a proper party.

2. The County is entitled to summary judgment on Kozlowski's gender discrimination and retaliation claims.

3. A genuine issue of material fact precludes summary judgment on Kozlowski's hostile work environment claim.

Accordingly, the Court GRANTS IN PART and DENIES IN PART Defendant's motion for summary judgment. (ECF No. 31.)

SO ORDERED.

                                                s/Laurie J. Michelson
                                                LAURIE J. MICHELSON
                                                UNITED STATES DISTRICT JUDGE

Date: March 30, 2019

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon counsel of record on March 30, 2019 using the Court's ECF system.

                                                s/William Barkholz
                                                Case Manager to
                                                Honorable Laurie J. Michelson